IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-138-GCM

| | |
|---|---|
| CYNTHIA ANN-MARIE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Judge David S. Cayer, filed November 3, 2009. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. Plaintiff filed an objection on November 12, 2009, and Defendant filed a response to Plaintiff's objections on December 3, 2009.

After an independent and thorough review of the magistrate's memorandum, plaintiff's objections thereto, and a de novo review of the record, the Court concludes that the recommendations to deny Plaintiff's Motion for Summary Judgment; to grant Defendant's Motion for Jugment on the Pleadings; and to affirm the Commissioner's decision are correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the

magistrate is hereby AFFIRMED.

Signed: February 18, 2010

Graham C. Mullen
United States District Judge