# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cynthia Ann-Marie Richards,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         3:09-cv-138

Michael J. Astrue,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 18, 2010 Order.

Signed: February 18, 2010

Frank G. Johns, Clerk
United States District Court